```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,       )
                                )         4:00CR3056
           Plaintiff,           )
                                )
     vs.                        )         ORDER
                                )
CHARLES PROROK,                 )
                                )
           Defendant.           )
```

IT IS ORDERED that a revocation hearing is set to commence at **June 22, 2006** on **9:30 a.m.**, before the Hon. Lyle E. Strom, United States Senior District Judge, Courtroom #5, Roman L. Hruska U.S. Courthouse, Omaha, Nebraska.

Dated: May 23, 2006

BY THE COURT

s/ David L. Piester
_____
United States Magistrate Judge