IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR3056 |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES PROROK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the petition for warrant or summons for offender under supervision (Filing No. 33). Defendant has admitted Paragraph 1 of the petition. Accordingly,

IT IS ORDERED:

1) Defendant is found to be in violation of Paragraph 1 of the petition (Filing No. 33).

2) A final dispositional hearing is scheduled for:

**Friday, August 4, 2006, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 22nd day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court