IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         4:00CR3056
                               )
       v.                      )
                               )
CHARLES PROROK,                )         ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to review detention and request for hearing (Filing No. 42). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant shall be released from the custody of the United States Marshal to a member of the Federal Public Defender's office for transportation directly to the NOVA in-patient substance abuse treatment program. Said release shall occur upon the notification to the United States Marshal that a bed is currently available for defendant at said treatment program.

2) Defendant shall immediately report to the United States Probation Office in Omaha, Nebraska, upon his successful or unsuccessful discharge from the NOVA program.

3) All other conditions of defendant's supervised release, not inconsistent with this order, shall remain in force and effect.

DATED this 13th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court