```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )         4:00CR3056
                               )
        v.                     )
                               )
CHARLES PROROK,                )            ORDER
                               )
                Defendant.     )
_____)
```

This matter is before the Court on defendant's motion to continue dispositional hearing (Filing No. 46). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that final dispositional hearing is rescheduled for:

**Friday, January 19, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 16th day of October, 2006.

```
                         BY THE COURT:

                         /s/ Lyle E. Strom
                         _____
                           LYLE E. STROM, Senior Judge
                           United States District Court
```