IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR3056 |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES PROROK, | ) | ORDER ON REVOCATION |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

This matter is before the Court for the disposition hearing of the Violation of Supervised Released by the defendant. The Court, having previously accepted the defendant's admission of having violated the terms of his supervised release, finds that the supervised release should be revoked. The Court finds that further incarceration is necessary in order to insure that defendant is able to participate in the 500 hour drug treatment program as this is the primary reason for the length of the incarceration. Accordingly,

IT IS ORDERED that the supervised release of the defendant is hereby revoked. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 27 months. The Court directs the Bureau of Prisons to require the defendant to participate in the 500 hour comprehensive drug treatment program and further recommends that the defendant be incarcerated in a federal facility as close to the Federal District of Nebraska as possible.

DATED this 22nd day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court